# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140372-3

In re CRYSTAL ELANE SACKETT and
TORI R. SACKETT, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

WILLIAM A. SACKETT,
      Respondent-Appellant.
_____/

SC: 140372
COA: 291676
Mecosta Circuit Court Juvenile
Division: 07-005202-NA

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

CHARITY MATHEWS,
      Respondent-Appellant.
_____/

SC: 140373
COA: 291678
Mecosta Circuit Court Juvenile
Division: 07-005202-NA

On order of the Court, the application for leave to appeal the December 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

d0224